AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY Scn D.C.
May 5, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

EDDY ALVAREZ BERNAL
*Petitioner*

v.

WARDEN, SOUTH FLORIDA DETENTION FACILITY
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. ____________
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Eddy Alvarez Bernal
   (b) Other names you have used: None
2. Place of confinement:
   (a) Name of institution: South Florida Detention Facility
   (b) Address: 54575 Tamiami Trail E, Ochopee, FL 34141
   (c) Your identification number: A-203-479-692
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❒ Pretrial detention
❒ Immigration detention
❒ Detainer
❒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❒ Disciplinary proceedings
☑ Other *(explain)*: Petitioner is being unlawfully detained by (ICE) despite having no active criminal charges. His removal proceedings were terminated on January 07, 2026. Petitioner was paroled into the United States in 2022. ICE continues to detain him without a valid removal order, bond hearing, or lawful authority.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:
U.S. Immigration and Customs Enforcement (ICE), ERO Miami Field Office

(b) Docket number, case number, or opinion number: Unknown

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Continued detention without legal basis after termination of proceedings.

(d) Date of the decision or action: January 7, 2026 (proceedings terminated)

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

❒ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not appeal: Petitioner has not been provided a meaningful opportunity to challenge detention or access to legal counsel.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❒ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: March 27, 2026

(b) Date of the removal or reinstatement order: None - proceedings terminated 1/7/26

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☑ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
❒ Yes ❒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❒ Yes ❒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: Petitioner's continued detention without a valid removal order or lawful statutory authority violates his rights under the Fifth Amendment Due Process Clause.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner's removal proceedings were terminated on January 07, 2026. Following termination of proceedings, there is no valid removal order or lawful statutory authority permitting continued detention. Despite this, U.S. Immigration and Customs Enforcement (ICE) continues to detain petitioner without a valid removal order or lawful statutory authority. Petitioner has been detained since March 27, 2026, totaling approximately 38 days of continuous detention. Accordingly, Petitioner's continued detention is unlawful and violates his due process rights.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☑ No

**GROUND TWO**: Petitioner's continued detention without a bond hearing or meaningful opportunity to be heard violates his right to procedural due process.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner has not been provided a bond hearing or any meaningful opportunity to be heard regarding his continued detention. Despite continued detention, Petitioner has not been given the opportunity to appear before an immigration judge to seek release. Petitioner has no criminal history and poses no danger to the community. If released, Petitioner will reside at 8181 NW South River Drive, Lot B208, Medley, FL 33166, where he has stable housing and support. Petitioner is not a flight risk and will comply with all court requirements.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☑ No

**GROUND THREE**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Petitioner respectfully requests immediate release from custody, or in alternative, a prompt bond hearing before an immigration judge.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

______________________________

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4-21-26

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*